FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-03021 RLM Judge: ROBYN L. MOBERLY | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | BONDS, THESSALONIAN FITZGERALD | Date Filed (f) or Converted (c): | 04/25/17 (f) |
| | | 341(a) Meeting Date: | 06/09/17 |
| For Period Ending: 09/30/17 | | Claims Bar Date: | 09/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2015 Chrysler 300 mileage: 19,000 | 18,500.00 | 0.00 | OA | 0.00 | FA |
| 2. 2014 Infinity G135 ((Auto is in the possession of | 20,700.00 | 0.00 | OA | 0.00 | FA |
| 3. Household Furniture, Home Decor, Kitchen Goods & D | 750.00 | 0.00 | OA | 0.00 | FA |
| 4. (2) Televisions, Laptop, Printer, Cell Phone | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Fitness Gear & Weights | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. AR15 Rifle, 45 Handgun, 9mm Handgun | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Personal Clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| 8. Necklace (Steele), Silver Necklace, Gold Chain Nec | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Engagment Ring | Unknown | 0.00 | OA | 0.00 | FA |
| 10. (2) Dogs | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Cash | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. USAA | 38.94 | 1.06 | | 0.00 | 1.06 |
| 13. USAA: Account held jointly with nephew | 50.65 | 50.65 | | 0.00 | 50.65 |
| 14. USAA - Fiancée's Account | 343.87 | 3.94 | | 0.00 | 3.94 |
| 15. USAA | 12.50 | 12.50 | | 0.00 | 12.50 |
| 16. Landlord | 150.00 | 150.00 | OA | 0.00 | FA |
| 17. USAA 529 College Savings Plan | 10,731.29 | 0.00 | OA | 0.00 | FA |
| 18. 2016 Taxes have been filed and therefunds were spe | 0.00 | 1.00 | | 0.00 | 1.00 |
| 19. Aftma (Whole Life), Beneficiary: Ex-wife/Daughter | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Pro-rated employment bonus (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $54,777.25   $220.15   $0.00   $70.15

(Total Dollar Amount in Column 6)

LFORM1

Ver: 20.00e

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 17-03021    RLM    Judge: ROBYN L. MOBERLY | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | BONDS, THESSALONIAN FITZGERALD | Date Filed (f) or Converted (c): | 04/25/17 (f) |
| | | 341(a) Meeting Date: | 06/09/17 |
| | | Claims Bar Date: | 09/21/17 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tax intercept form to be mailed after 10-15-17

Initial Projected Date of Final Report (TFR): 11/30/17    Current Projected Date of Final Report (TFR): 05/01/18

/s/    ELLEN K. FUJAWA
_____ Date: 10/31/17
    ELLEN K. FUJAWA

LFORM1

Ver: 20.00e